# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1485. THE COMMERCIAL BANK OF CRAWFORD, N. A. v. COLQUITT et al.

The civil action giving rise to this appeal began with a complaint filed by Brandon Colquitt against The Commercial Bank of Crawford, N.A. The Bank denied liability and asserted a counterclaim against Mr. Colquitt and his wife, Dana Colquitt. The trial court granted the Bank's motion for summary judgment on all counts, and the Colquitts appealed. That appeal, docketed in this Court as Case No. A22A1484, was dismissed by this Court on July 7, 2022, due to the Colquitts' failure to file an initial brief after being ordered to do so. The Colquitts did not move for reconsideration or file a petition for certiorari with respect to that dismissal, and the time for them to do so has now expired.

Prior to this Court's dismissal of the Colquitts' appeal in Case No. A22A1484, the Bank requested that the trial court dismiss that same appeal due to the Colquitts' failure to pay costs in a timely manner. The trial court denied the Bank's motion to dismiss, and the Bank appealed that ruling, resulting in the docketing of this companion appeal as Case No. A22A1485.

Because the Colquitts' appeal has been dismissed by this Court in Case No. A22A1484, the Bank has now obtained exactly the same relief it seeks in this appeal, and there is nothing for this Court to review. "As this court does not provide advisory opinions or attempt to correct errors without regard to prejudice, the issues [appellant] asserts in this appeal are now moot." *Southern Guar. Ins. Co. of Ga. v. Viau*, 203 Ga.

App. 806, 806 (418 SE2d 608) (1992). For this reason, we hereby DISMISS this appeal as MOOT. OCGA § 5-6-48 (b) (3) (authorizing the dismissal of an appeal "[w]here the questions presented have become moot").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*